### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 12-cv-01244-REB-KLM

TAMMY HARMON, on her own behalf and as Personal Representative of the Estate of Carolyn Holland,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut Insurance Company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Joint Stipulation For Dismissal With Prejudice** [#12][1] filed March 20, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation For Dismissal With Prejudice** [#12] filed March 20, 2013, is **APPROVED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for May 31, 2013, are **VACATED**;

3. That the jury trial set to commence June 17, 2013, is **VACATED**; and

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 20, 2013, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge